

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2021

No. 04-21-00327-CV

**NETFLIX, INC**., Netflix Worldwide Entertainment, LLC, Kyoko Miyake, Sarit G. Work, Samantha Knowles, Kate Gill, Jigsaw Productions, LLC, Muddy Waters Productions  LLC, and Alex Gibney, Philip Ross, Jo Ann Rivera, Laura A. Martinez, Brittany A. Martinez, Michelle C. Martinez, and Jose H. Martinez,
Appellants

v.

Tonya **BARINA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04501
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On August 24, 2021, appellant timely filed an unopposed motion requesting an extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than October 12, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court